IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID W. HENDRICKS AND
SABRINA HENDRICKS                                                                                         PLAINTIFFS

v.                                           Case No. 6:23-cv-06047

JIYA N SARAH, LLC, D/B/A
SUPER 8 BY WYNDHAM MALVERN                                                                    DEFENDANT

## ORDER

Before the Court is Plaintiffs' Stipulation of Dismissal. ECF No. 25. Plaintiffs state that their claims against Defendant "are dismissed with prejudice, with each party to bear their own costs and attorney's fees." *Id.* The Court finds the matter ripe for consideration.

Although Plaintiffs state that "it is stipulated to and agreed by and between both parties" that Plaintiffs' claims against Defendant be dismissed with prejudice, both parties did not sign the motion as is necessary for a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii). Thus, the Court construes Plaintiffs' filing (ECF No. 25) as a motion pursuant to Federal Rule of Civil Procedure 41(a)(2). "[A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "When ruling on a Rule 41(a)(2) motion, district courts must consider whether the party has presented a proper explanation for its desire to dismiss; whether a dismissal would result in a waste of judicial time and effort; and whether a dismissal will prejudice the defendants." *Tillman v. BNSF Ry. Co.*, 33 F.4th 1024, 1027 (8th Cir. 2022) (internal quotations omitted). Plaintiffs notified the Court that all parties to the action "have reached a full and final settlement that resolves all claims asserted." ECF No. 24. Further, Plaintiffs state that the "parties are in the process of finalizing the appropriate settlement papers and taking other actions to conclude

the terms of the settlement." *Id.* The Court is satisfied with Plaintiffs' explanation for its desire to dismiss this action. Further, the Court does not find that dismissal would result in a waste of its time or prejudice defendant.

Upon consideration, the Court finds that good cause for the instant motion has been shown. Plaintiffs' Motion (ECF No. 25) is hereby **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of any settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this order upon cause shown that any such settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 29th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge